# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PFEIFFER, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00418-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

　　　　Plaintiff Daniel Z. Castro ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on October 6, 2020, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2). Plaintiff's prisoner trust fund account statement was submitted October 16, 2020. (ECF No. 4.) On March 15, 2021, the action was transferred from the Sacramento Division to the Fresno Division of this Court. (ECF No. 8.)

　　　　Plaintiff's application to proceed *in forma pauperis* is incomplete. Although Plaintiff has signed the motion and indicated his place of incarceration, Plaintiff has failed to complete any other sections of the form. Plaintiff must submit a completed form and a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $402.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **March 16, 2021**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE